IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

OCT 0 4 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KELLI ANN WILSON,<br><br>**Defendant.** | Criminal No. 1:24CR - 60<br><br>Violations:   18 U.S.C. § 1001(a)(2) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(False Statement to Federal Agent)

On or about January 27, 2022, in Gilmer County, West Virginia, in the Northern District of West Virginia, defendant **KELLI ANN WILSON** willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling agents with the Department of Justice Office of the Inspector General that she did not have a sexual relationship with an inmate at FCI Gilmer while serving as a unit secretary at that prison. The statement and representation was false because, as **KELLI ANN WILSON** then and there knew, she did in fact have an unlawful sexual relationship with an inmate at FCI Gilmer between October 2021 and January 2022.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Digitally signed
by ANDREW
COGAR

WILLIAM IHLENFELD
United States Attorney

Andrew R. Cogar
Assistant United States Attorney